UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNALIESE KE SHERRY,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECUITY,<br><br>    Defendant. | Case No. 18-cv-07176-JCS<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

This action for review of an administrative record is governed by Rule 16-5 of this Court's Civil Local Rules, which provides that a plaintiff must file a motion for summary judgment within twenty-eight days of receipt of the defendant's answer. The parties stipulated to an extension of time to file their briefs, which the Court granted, setting a deadline of May 17, 2019 for Plaintiff to file a motion for summary judgment. That deadline has passed and Plaintiff has not filed a motion for summary judgment or made any further request for an extension. Plaintiff is therefore ORDERED TO SHOW CAUSE why this case should not be DISMISSED for failure to prosecute. Plaintiff shall file a response to this order no later than **June 14, 2019**. Her response must either include her motion for summary judgment or explain why she needs additional time. If no response is filed by that deadline, the case will be dismissed and Plaintiff's counsel may be referred to the Court's Standing Committee on Professional Conduct for further action. *See* Civil Local Rule 11-6(c).

**IT IS SO ORDERED.**

Dated: May 30, 2019

JOSEPH C. SPERO
Chief Magistrate Judge